AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BH18, LLC, a Delaware limited liability company; TODD SILVER, an individual<br><br>*Plaintiff(s)*<br>v.<br>8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company; 8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company; (See attachment #1)<br>*Defendant(s)* | Civil Action No. 2:21-cv-03659 JAK (SKx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 8600 Wilshire Boulevard, LLC, a Delaware limited liability company
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401
(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GORDINIER KANG & KIM LLP
Patricia Cymerman
John C. Kang
300 Spectrum Center Drive, Suite 1090
Irvine, CA 92618
Attorneys for Plaintiffs BH18, LLC and Todd Silver

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: May 4, 2021

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03659

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BH18, LLC, et al. v. 8600 WILSHIRE BOULEVARD, LLC, et al.
2:21-cv-03659

ATTACHMENT #1 TO SUMMONS

**DEFENDANTS**:

    8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company; 8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company; PALISADES CAPITAL PARTNERS, LLC, a California limited liability company; 8600 WILSHIRE BOULEVARD, INC., a Delaware corporation; DAVID ORENSTEIN, an individual; HONGDONG WANG aka HAROLD WANG, an individual; and DOES 1-30, inclusive

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BH18, LLC, et al. v. 8600 WILSHIRE BOULEVARD, LLC, et al.
2:21-cv-03659

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401

8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401

PALISADES CAPITAL PARTNERS, LLC, a California limited liability company
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401

8600 WILSHIRE BOULEVARD, INC., a Delaware corporation
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401

DAVID ORENSTEIN, an individual
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401

HONGDONG WANG aka HAROLD WANG, an individual
631 Wilshire Boulevard, Suite 4C
Santa Monica, CA 90401