John C. Kang, Bar No. 181177
*john@gkkllp.com*
Patricia R. Cymerman, Bar No. 194709
*patricia@gkkllp.com*
GORDINIER KANG & KIM LLP
300 Spectrum Center Drive, Suite 1090
Irvine, CA 92618
Telephone:  949.501.4872
Facsimile:   949.301.9518

Attorneys for *Plaintiffs*
BH18, LLC and Todd Silver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| BH18, LLC, a Delaware limited liability company; TODD SILVER, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company; 8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company; PALISADES CAPITAL PARTNERS, LLC, a California limited liability company; 8600 WILSHIRE BOULEVARD, INC., a Delaware corporation; DAVID ORENSTEIN, an individual; HONGDONG WANG aka HAROLD WANG, an individual; and DOES 1-30, inclusive,<br><br>                    Defendants. | Case No: 2:21-cv-03659<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND RETENTION OF JURISDICTION; AND**<br><br>[Proposed] **ORDER**<br><br>Complaint filed: April 29, 2021<br><br>[The Honorable John A. Kronstadt] |

4820-1335-0118, v. 1

STIPULATION OF DISMISSAL AND STIPULATION OF ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANTS' DEFAULT ON SETTLEMENT AGREEMENT

Plaintiffs BH18 LLC and Todd Silver ("**Plaintiffs**") and Defendants 8600 Wilshire Boulevard, LLC ("**LLC One**"); 8600 Wilshire Boulevard II, LLC ("**LLC Two**"); Palisades Capital Partners LLC ("**PCP**"); 8600 Wilshire Boulevard, Inc., ("**8600 Inc.**"); David Orenstein ("**Orenstein**"); Hongdong Wang aka Harold Wang ("**Wang**," and together with LLC One, LLC Two, PCP, 8600 Inc., and Orenstein, the "**Defendants**"), hereby enter into this Stipulation of Dismissal subject to retention of jurisdiction to enforce their Settlement and Mutual General Release Agreement ("**Settlement Agreement**"), which is secured by this Stipulation for Judgment in the Event of Defendants' Default on Settlement Agreement ("**Stipulation**") as follows:

WHEREAS, on April 29, 2021, Plaintiffs filed their Complaint ("Complaint") against Defendants in this action, seeking to recover damages and other relief for alleged securities violations and other alleged claims;

WHEREAS, concurrently with the execution of this Stipulation ("this Stipulation"), the Parties have entered into a Settlement and Mutual General Release Agreement ("Settlement Agreement"), that provides, among other things, for performance over a period of three months, the execution of this Stipulation for Dismissal of Action without Prejudice and Retention of Jurisdiction to enforce the Settlement Agreement;

WHEREAS, the Settlement Agreement provides for its enforcement by, among other things, a Stipulation for Entry of Judgment executed concurrently, that will be held to secure performance under the Settlement Agreement and may be filed by Plaintiffs in the event of an uncured default under the Settlement Agreement; and

WHEREAS, the Parties agree and jointly request that this Court retain jurisdiction to enforce the settlement, and otherwise dismiss this action in its entirety <u>without</u> prejudice, subject to such retention of jurisdiction.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants as

follows:

1. The Parties agree that the matters set forth above are true and correct.

2. This action may be dismissed <u>without</u> prejudice.

3. The Court will retain jurisdiction pursuant to Federal Rule of Civil Procedure 41(a) to adjudicate issues pertaining to and/or enforce a written Settlement Agreement executed by the Parties pursuant to the terms of the Settlement Agreement, Code of Civil Procedure section 664.6, or any like federal procedure, including, without limitation entry of judgment pursuant to Stipulation for Entry of Judgment executed pursuant the Settlement Agreement that is being held to secure performance under the Settlement Agreement and may be filed by Plaintiffs in the event of an uncured default under the Settlement Agreement.

4. No amendment, change or modification of this Stipulation shall be valid, unless in writing and signed by all of the parties hereto.

5. Except as set forth in the Settlement Agreement and Release and the other documents to be executed thereunder, this Stipulation constitutes the entire understanding and agreement of the Parties with respect to its specific subject matter, and any and all prior agreements, understandings, or representations with respect to its subject matter are hereby terminated and canceled in their entirety and are of no further force or effect.

6. The Parties shall bear their own attorney's fees and costs to date in this Action.

7. This Stipulation is exempt from the confidentiality restrictions set forth in the Settlement Agreement, including Section 12.

8. This Stipulation may be entered by any Judge of the United States District Court, Central District of California.

9. This Stipulation may be executed in identical, multiple counterparts, with the same effect as if it were one and the same document

**IT IS SO STIPULATED.**

Dated: July  9, 2021        GORDINIER KANG & KIM LLP

By: _____
Patricia Cymerman, Esq.
*Attorneys for Plaintiffs*
BH18, LLC and TODD SILVER

Dated: July  9, 2021        GREENBERG GLUSKER LLP

By: _____
Bernard M. Resser, Esq.
*Attorneys for Defendants*
8600 WILSHIRE BLVD, LLC; 8600 WILSHIRE BOULEVARD II, LLC; PALISADES CAPITAL PARTNERS LLC; 8600 WILSHIRE BLVD, INC.; DAVID ORENSTEIN; HONGDONG WANG aka HAROLD WANG

ORDER

Based on the foregoing stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that

1. This action is dismissed without prejudice.

2. The Court retains jurisdiction pursuant to Federal Rule of Civil Procedure 41(a) to adjudicate issues pertaining to and/or enforce a written Settlement Agreement executed by the Parties pursuant to the terms of the Settlement Agreement, Code of Civil Procedure section 664.6, or any like federal procedure, including, without limitation entry of judgment pursuant to Stipulation for Entry of Judgment executed pursuant the Settlement Agreement that is being

held to secure performance under the Settlement Agreement and may be filed by Plaintiffs in the event of an uncured default under the Settlement Agreement.

Dated: July __, 2021

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE