JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BH18, LLC, a Delaware limited liability company; TODD SILVER, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company; 8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company; PALISADES CAPITAL PARTNERS, LLC, a California limited liability company; 8600 WILSHIRE BOULEVARD, INC., a Delaware corporation; DAVID ORENSTEIN, an individual; HONGDONG WANG aka HAROLD WANG, an individual; and DOES 1-30, inclusive,<br><br>        Defendants. | No. 2:21-cv-03659-JAK (SKx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND RETENTION OF JURISDICTION (DKT. 22)** |

| | |
|---|---|
| 1 | Based on a review of the Stipulation for Dismissal of Action without |
| 2 | Prejudice (the "Stipulation" (Dkt. 22)), sufficient good cause has been shown for |
| 3 | the requested relief. Therefore, the Stipulation is **APPROVED** as follows: |

1. This action is dismissed without prejudice.
2. The Court retains jurisdiction to adjudicate issues pertaining to and/or to enforce a written Settlement and Mutual General Release Agreement ("Settlement Agreement") executed by the Parties, pursuant to Fed. R. Civ. P. 41(a) and the terms of the Settlement Agreement. The Court may enter judgment pursuant to the Stipulation for Entry of Judgment executed pursuant to the Settlement Agreement that is being held to secure performance under the Settlement Agreement and that may be filed by Plaintiffs in the event of an uncured default under the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 15, 2021

_____
John A. Kronstadt
United States District Judge