John C. Kang, Bar No. 181177
*john@gkkllp.com*
Patricia R. Cymerman, Bar No. 194709
*patricia@gkkllp.com*
GORDINIER KANG & KIM LLP
300 Spectrum Center Drive, Suite 1090
Irvine, CA 92618
Telephone:  949.501.4872
Facsimile:   949.301.9518

Attorneys for *Plaintiffs*
BH18, LLC and Todd Silver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| BH18, LLC, a Delaware limited liability company; TODD SILVER, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company; 8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company; PALISADES CAPITAL PARTNERS, LLC, a California limited liability company; 8600 WILSHIRE BOULEVARD, INC., a Delaware corporation; DAVID ORENSTEIN, an individual; HONGDONG WANG aka HAROLD WANG, an individual; and DOES 1-30, inclusive,<br><br>          Defendants. | Case No: 2:21-cv-03659<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND**<br><br>[Proposed] **ORDER**<br><br>Complaint filed: April 29, 2021<br><br>[The Honorable John A. Kronstadt] |

4820-1335-0118, v. 1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER

 Plaintiffs BH18 LLC and Todd Silver ("**Plaintiffs**") and Defendants 8600 Wilshire Boulevard, LLC ("**LLC One**"); 8600 Wilshire Boulevard II, LLC ("**LLC Two**"); Palisades Capital Partners LLC ("**PCP**"); 8600 Wilshire Boulevard, Inc., ("**8600 Inc.**"); David Orenstein ("**Orenstein**"); Hongdong Wang aka Harold Wang ("**Wang**," and together with LLC One, LLC Two, PCP, 8600 Inc., and Orenstein, the "**Defendants**"), hereby enter into this Stipulation for Dismissal with Prejudice pursuant to their Settlement and Mutual General Release Agreement ("**Settlement Agreement**") as follows:

 WHEREAS, on April 29, 2021, Plaintiffs filed their Complaint ("Complaint") against Defendants in this action, seeking to recover damages and other relief for alleged securities violations and other alleged claims;

 WHEREAS, concurrently with the execution of this Stipulation ("this Stipulation"), the Parties have entered into a Settlement and Mutual General Release Agreement ("Settlement Agreement"), that provides, among other things, for performance over a period of three months and the execution and filing of this Stipulation for Dismissal of Action With Prejudice upon completion of performance of the Settlement Agreement by the Parties.

 IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants as follows:

 1. The Parties agree that the matters set forth above are true and correct.
 2. This action may be dismissed <u>with</u> prejudice.
 3. The Parties shall bear their own attorney's fees and costs to date in this Action.
 4. This Stipulation is exempt from the confidentiality restrictions set forth in the Settlement Agreement, including Section 12.
 5. This Stipulation may be entered by any Judge of the United States District Court, Central District of California.
 6. This Stipulation may be executed in identical, multiple counterparts,

2
STIPULATION FOR DISMISSAL OF ACTOIN WITH PREJUDICE; ORDER

with the same effect as if it were one and the same document

**IT IS SO STIPULATED.**

Dated: July _9_, 2021

GORDINIER KANG & KIM LLP

By: *Patricia Cymerman*
Patricia Cymerman, Esq.
*Attorneys for Plaintiffs*
BH18, LLC and TODD SILVER

Dated: July _9_, 2021

GREENBERG GLUSKER LLP

By: _____
Bernard M. Resser, Esq.
*Attorneys for Defendants*
8600 WILSHIRE BLVD, LLC; 8600 WILSHIRE BOULEVARD II, LLC; PALISADES CAPITAL PARTNERS LLC; 8600 WILSHIRE BLVD, INC.; DAVID ORENSTEIN; HONGDONG WANG aka HAROLD WANG

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

Dated: _____, 2021

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE