# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BH18, LLC, a Delaware limited liability company; TODD SILVER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>8600 WILSHIRE BOULEVARD, LLC, a Delaware limited liability company; 8600 WILSHIRE BOULEVARD II, LLC, a Delaware limited liability company; PALISADES CAPITAL PARTNERS, LLC, a California limited liability company; 8600 WILSHIRE BOULEVARD, INC., a Delaware corporation; DAVID ORENSTEIN, an individual; HONGDONG WANG aka HAROLD WANG, an individual; and DOES 1-30, inclusive,<br><br>    Defendants. | No: 2:21-cv-03659 JAK (SKx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (DKT. 24)** |

Based on a review of the Stipulation for Dismissal of Action with Prejudice (the "Stipulation" (Dkt. 24)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
John A. Kronstadt
United States District Judge